STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Nancy Lynn Rogers
In Proper Person
798 East Farrell Road
Lafayette LA 70508

**REHEARING ACTION: July 1, 2015**

**Docket Number: 15   00390-CW**

**NANCY LYNN ROGERS
VERSUS
LESTER GAUTHIER, ET AL.**

**Writ Application from Lafayette Parish Case No. 2015-0578**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Elizabeth A. Pickett
Hon. Billy Howard Ezell
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Nancy Lynn Rogers** has this day been

    **DENIED.**

cc: Charles Martin Kreamer, Sr., Counsel for  the Respondent